In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-032 CR


NO. 09-07-033 CR


NO. 09-07-034 CR


NO. 09-07-035 CR


NO. 09-07-036 CR


____________________



RANDY JAMAAL BERNARD, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause Nos. 98799, 98801, 98803, 98806, & 98808






MEMORANDUM OPINION



 Randy Jamaal Bernard was convicted and sentenced on indictments for aggravated
robbery. Bernard filed notices of appeal on January 2, 2007. The trial court entered 
certifications of the defendant's right to appeal in which the court certified that these are
plea-bargain cases and the defendant has no right of appeal. See Tex. R. App. P. 25.2(a)(2). 
The trial court's certifications have been provided to the Court of Appeals by the district
clerk.

 On January 18, 2007, we notified the parties that the appeals would be dismissed
unless amended certifications were filed within thirty days of the date of the notice and made
a part of the appellate record. See Tex. R. App. P. 37.1. The records have not been
supplemented with amended certifications.

 Because certifications that show the defendant has the right of appeal have not been
made part of the records, the appeals must be dismissed. See Tex. R. App. P. 25.2(d). 
Accordingly, we dismiss the appeals for want of jurisdiction.

 APPEALS DISMISSED. 


 

 _______________________________

 STEVE McKEITHEN

 Chief Justice



Opinion Delivered February 28, 2007

Do Not Publish


Before McKeithen, C.J., Gaultney and Kreger, JJ.